**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

IN RE ECOLOGY CENTER INC.,
ET AL.

      Petitioners,

  v.

U.S. Environmental Protection Agency,
ET AL.

      Respondents.
_____

No. 23-70158

**Joint Motion to Refer to Mediation Program and to Amend the Briefing Schedule for Petition for Writ of Mandamus**

Petitioners and Respondents jointly request that this litigation be referred to the Ninth Circuit's Mediation Program. In order to explore a potential settlement, Petitioners and Respondents jointly request a short extension of Respondents' deadline to file an answer to the petition for a writ of mandamus, from October 18, 2023 to November 8, 2023, and Petitioners' deadline to file a reply to Respondents' answer from October 25, 2023 to November 15, 2023.

Respectfully submitted this 5th day of October, 2023.

> TODD KIM
> *Assistant Attorney General*
>
> */s/ Laura J. Glickman*
> LAURA J. GLICKMAN
> Environmental Defense Section
> U.S. Department of Justice
> P.O. Box 7611
> Washington, D.C. 20044
> (202) 514-6390
> laura.glickman@usdoj.gov
>
> *Counsel for Respondents*
>
> */s/Lakendra Barajas*
> LAKENDRA S. BARAJAS
> KELLY E. LESTER
> Earthjustice
> 48 Wall Street, 19th Floor
> New York, NY 10005
> (212) 284-8025
> (332) 251-0243
> lbarajas@earthjustice.org
> klester@earthjustice.org
>
> *Counsel for Petitioners*

## CERTIFICATE OF COMPLIANCE

I certify that the forgoing motion was printed in a proportionally spaced font of 14 points and that, according to the word-count program in Microsoft Word, it contains 72 words in compliance with the Federal Rules of Appellate Procedure 27(d).

DATED: October 5, 2023　　　　　　　　*/s/ Laura J. Glickman*
　　　　　　　　　　　　　　　　　　LAURA J. GLICKMAN